# In the United States Court of Federal Claims

Filed: March 28, 2018

| | |
|---|---|
| IN RE DOWNSTREAM ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | Sub-Master Docket No. 17-9002L |
| THIS DOCUMENT APPLIES TO: ALL DOWNSTREAM CASES | |

## ORDER REGARDING TEST PROPERTY SELECTION

On March 1, 2018, the court convened a telephone status conference, wherein the parties were directed to file, on or before April 12, 2018, a joint status report with a final list of test property selections, together with a short statement of why each was selected, the proponent, and whether the property owner is an individual plaintiff or a member of a proposed class action. ECF No. 70.

On March 22, 2018, the parties filed a Joint Status Report Regarding Test Property Selection identifying seventeen potential test properties, but informing the court that the parties had not reached an agreement as to: (1) the number of test properties; and (2) the inclusion of Memorial SMC Investment 2013 LP. ECF No. 76 at 1–2.

On March 27, 2018, the court convened a telephone status conference, wherein the court discussed the parties' test property selections and concerns about the potential discovery issues that may or may not arise concerning Memorial SMC Investment 2013 LP.

Based on the March 22, 2018 Joint Status Report and the March 27, 2018 telephone status conference, the following 14 properties are hereby designated test properties in the above-captioned case:

| **Plaintiff** | **Address** | **Plaintiff Type** | **Property Type** |
|---|---|---|---|
| Aldred, Val | 835 Thornvine Ln., Houston, TX 77079 | Proposed Class | Residential |
| Azar, Philip | 3 Magnolia Bend Dr., Houston, TX 77024 | Individual | Residential |
| Beyoglu, Gokhan and Jana | 107 Warrenton Dr., Houston, TX 77024 | Proposed Class | Residential |
| Cutts, Paul and Dana | 311 Blue Willow Dr., Houston, TX 77042 | Individual | Residential |

| | | | |
|---|---|---|---|
| Godejord, Arnstein and Inga | 14334 Heatherfield Dr., Houston, TX 77079 | Proposed Class | Residential |
| Good Resources LLC | 760 Memorial Mews St. #4, Houston, TX 77079 | Individual | Commercial |
| Ho, Becky | 419 West Sam Houston Parkway North, Houston, TX 77024 | Proposed Class | Residential |
| Hollis, Wayne JR and Peggy | 14914 River Forest Dr., Houston, TX 77079 | Proposed Class | Residential |
| Memorial SMC Investment 2013 LP | 777 South Mayde Creek Dr., Houston, TX 77079 | Individual | Commercial Apartment |
| Milton, Virginia and Arnold | 850 Silvergate Dr., Houston, TX 77079 | Proposed Class | Residential |
| Shipos, Jennifer | 931 Bayou Parkway, Houston, TX 77077 | Individual | Residential |
| Silverman, Peter and Zhennia | 12515 Westerly Ln., Houston, TX 77077 | Individual | Residential |
| Stahl, Tim | 265 Chimney Rock, Houston, TX 77024 | Proposed Class | Residential |
| Welling, Shawn | 5731 Logan Ln., Houston, TX 77007 | Proposed Class | Commercial |

**IT IS SO ORDERED.**

s/ Susan G. Braden
**Susan G. Braden**
**Chief Judge**